UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, | ) )  ) Case No. 2:25-cv-00043-CB |
| Plaintiff, | ) ) Judge Cathy Bissoon |
| v. | ) ) |
| ALLEN MARKETING GROUP, INC., | ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER GRANTING MOTION OF ATTORNEYS LISA A. MESSNER AND JO BENNETT FOR LEAVE TO WITHDRAW FROM REPRESENTATION OF ALLEN MARKETING GROUP, INC.**

For good cause shown, the Court hereby grants the Motion of Attorneys Lisa A. Messner and Jo Bennett for leave to withdraw from representation of Allen Marketing Group, Inc.

IT IS SO ORDERED.

_____
United States District Judge
Cathy Bissoon

Copies to Allen Marketing Group, Inc.
at 164 West Center Street, Cedar City Utah 84720 and
in care of Corporation Service Company at 15 West South Temple, Suite 1701, Salt Lake City, Utah 84101