# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, | ) |
| Plaintiff(s), | ) |
| v. | ) 2:25-cv-00043-CB |
| ALLEN MARKETING GROUP, INC., | ) |
| Defendant(s). | ) |

Hearing Type: Telephonic Status Conference

Date: 6/6/25

Before: Judge Cathy Bissoon

| | |
|---|---|
| Counsel for Plaintiff | Anthony I. Paronich |
| Counsel for Defendant | Jo Bennett, Lisa Messner |
| Court Reporter | None |
| Law Clerk | TGL |
| Start time | 2:02 PM |
| End time | 2:09 PM |

**SUMMARY OF PROCEEDINGS:**

Conference held. Corporate representative Jerry Allen was present. Defendant's counsel informed the Court that the issue has been resolved, and they will continue to represent the Defendant ALLEN MARKETING GROUP, INC. Order to follow.