# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) 2:25-cv-00043-CB |
| v. | ) |
| | ) |
| ALLEN MARKETING GROUP, INC., | ) |
| | ) |
| Defendant(s). | ) |

Hearing Type: Video Initial Case Management Conference

Date: 6/16/25

Before:  Judge Cathy Bissoon

| | |
|---|---|
| Counsel for Plaintiff | Anthony I. Paronich |
| Counsel for Defendant | Jo Bennett & Lisa Messner |
| Court Reporter | None |
| Law Clerk | TGL |
| Start time | 4:00 PM |
| End time | 4:15 PM |

**SUMMARY OF PROCEEDINGS:**

Conference held. Case Management Order to follow.