**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>ALLEN MARKETING GROUP, INC.<br><br>                    Defendant. | **Case No.** 2:25-cv-00043 |

**PLAINTIFF'S MOTION FOR RULE 16 STATUS CONFERENCE AND
REQUEST FOR HEARING REGARDING DEFENDANT'S REPEATED
NONCOMPLIANCE WITH SETTLEMENT OBLIGATIONS**

Plaintiff Stewart Abramson ("Plaintiff"), by and through undersigned counsel,

respectfully moves this Court pursuant to Federal Rule of Civil Procedure 16, and the Court's

inherent authority to manage its docket and enforce compliance with obligations that affect the

posture of this case, for an expedited status conference and hearing with all parties and counsel

present. In support of this Motion, Plaintiff states as follows.

The Parties previously reached an agreement intended to resolve this matter, and Plaintiff

has repeatedly accommodated Defendant's requests and delays in an effort to permit Defendant

to comply with its obligations. Notwithstanding these numerous accommodations, Defendant has

failed to comply with its obligations under the settlement multiple times, resulting in continued

delay and uncertainty as to the proper next steps in this litigation. Defendant's ongoing

noncompliance frustrates the purpose of the settlement, prejudices Plaintiff, and leaves the Parties in an unresolved and unstable posture that warrants Court intervention.

Pursuant to Rule 16, the Court may convene conferences to manage the case, address compliance issues affecting case posture, and ensure the just, speedy, and inexpensive determination of the action. Here, Defendant's repeated failures to meet its obligations, despite multiple extensions and accommodations, present an issue that cannot be resolved informally and requires the Court's involvement. Plaintiff therefore respectfully requests that the Court schedule a status conference and hearing at the Court's earliest availability, with all parties and counsel required to appear, so that the Court may (a) require Defendant to explain the reasons for repeated noncompliance; (b) determine whether enforcement proceedings are warranted; (c) determine whether sanctions, additional deadlines, or other orders are necessary to ensure compliance; and (d) determine whether the case should proceed forward on the merits, including reinstatement or modification of litigation deadlines, to prevent further prejudice and delay.

WHEREFORE, Plaintiff respectfully requests that the Court schedule a Rule 16 status conference and hearing at the earliest available date, require the appearance of all parties and counsel, direct Defendant to be prepared to address its repeated noncompliance and provide a concrete plan for immediate compliance, and enter such additional orders as the Court deems just and appropriate to determine the next steps in this matter, including enforcement and/or resumption of litigation deadlines, together with such other relief as the Court deems necessary and proper.

Dated: December 29, 2025                    PLAINTIFF,
                                            By his attorneys

                                            */s/ Anthony I. Paronich*
                                            Anthony I. Paronich
                                            Paronich Law, P.C.
                                            350 Lincoln Street, Suite 2400
                                            Hingham, MA 02043
                                            (617) 485-0018
                                            anthony@paronichlaw.com