**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN MARKETING GROUP, INC.<br><br>Defendant. | **Case No.** 2:25-cv-00043 |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR RULE 16 STATUS CONFERENCE AND REQUEST FOR HEARING REGARDING DEFENDANT'S REPEATED NONCOMPLIANCE WITH SETTLEMENT OBLIGATIONS**

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Motion for Rule 16 Status Conference and Request for Hearing Regarding Defendant's Repeated Noncompliance with Settlement Obligations, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Court shall conduct a Rule 16 status conference and hearing on _____, 2025, at _____ __.m., at _____ and that all parties and counsel shall appear.

IT IS FURTHER ORDERED that Defendant shall be prepared to address the reasons for its repeated noncompliance, the current status of its obligations, and a concrete plan and timeline for immediate compliance, and that the parties shall be prepared to address the appropriate next

1

steps in this matter, including whether enforcement proceedings or the resumption of litigation

deadlines is warranted.

_____

United States District Court