## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON,                                )
                                                 )
            Plaintiff(s),                        )
                                                 )  2:25-cv-00043-CB
                v.                               )
                                                 )
ALLEN MARKETING GROUP, INC.,                     )
                                                 )
                                                 )
            Defendant(s).                        )

Hearing Type: Telephonic Status Conference

Date: 1/7/26

Before:   Judge Cathy Bissoon

| | |
|---|---|
| Counsel for Plaintiff | Anthony I. Paronich |
| Counsel for Defendant | Jo Bennett, Lisa Messner |
| Court Reporter | None |
| Law Clerk | RR |
| Start time | 11:00 AM |
| End time | 11:15 AM |

### SUMMARY OF PROCEEDINGS:

Conference held.

Those in attendance included: Plaintiff Stewart Abramson, Plaintiff's counsel Anthony I. Paronich, Principal of Corporate Defendant Terry Allen, and Defense counsel Jo Bennet and Lisa Messner.

Order to follow.