**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| STEWART ABRAMSON, | ) | |
| | ) | Case No. 2:25-cv-00043-CB |
| Plaintiff, | ) | |
| | ) | Judge Cathy Bissoon |
| v. | ) | |
| | ) | |
| ALLEN MARKETING GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SUGGESTION OF BANKRUPTCY FILING**

TO THE HONORABLE JUDGE CATHY BISSOON:

Comes now Allen Marketing Group, Inc. ("Debtor"), and files this Suggestion of Filing of Bankruptcy and respectfully states as follows:

1. On March 18, 2026, Debtor filed a voluntary petition for relief under chapter 11 of the United States Code in the Bankruptcy Court for the Eastern District of New York, (the "Bankruptcy Court").  A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit "A".
2. The automatic stay provided by 11 U.S.C. § 362 now applies.

Respectfully submitted,

*/s/ Lisa A. Messner*
Lisa A. Messner
Mac Murray & Shuster
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
(614) 939-9955
lmessner@mslawgroup.com
(*Admitted Pro Hac Vice*)

Jo Bennett
(Pa. Bar No. 78333)
CM Law PLLC
40 W. Evergreen Ave., Suite 101
Philadelphia, PA 19118

1

Phone:215-880-0084
Facsimile:215-248-2381
jbennett@cm.law

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Motion was served via the Court's ECF System on all Parties and counsel having appeared in this matter on April 3, 2026.

*/s/ Lisa A. Messner*
Lisa A. Messner